**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ISRAEL LOPEZ, | ) | 3:13-CV-0294-MMD (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 25, 2014 |
| | ) | |
| ERIC ARMSTEAD, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed an amended complaint (#23) without first obtaining leave of court to do so pursuant to Fed.R.Civ.P. 15(a)(2).  Therefore, plaintiff's amended complaint (#23) is hereby **STRICKEN**.

Defendants' motion to screen plaintiff's amended complaint (#24) is **DENIED as moot.**

If plaintiff seeks to amend his complaint he may follow the dictates of Fed.R.Civ.P. 15 and Local Rule 15-1 and file a motion to amend to which he shall attach the proposed amended complaint so that it is complete without reference to the superseding complaint.  Defendant shall then file any opposition it may have to the motion to amend or it will be considered unopposed pursuant to LR 7-2(d).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
        Deputy Clerk