1
2
3
4
5                        UNITED STATES DISTRICT COURT
6                            DISTRICT OF NEVADA
7                                  * * *
8    ISRAEL LOPEZ,                        Case No. 3:13-cv-00294-MMD-VPC
                            Plaintiff,
9
     v.                                   ORDER
10
     ERIC ARMSTREAD, et al.,
11
                            Defendants.
12

13          Before the Court are Plaintiff's motions for extension of time and for certificate of

14   appealability. (Dkt. nos. 58, 59.)

15          Plaintiff requests an extension of time to file a notice of appeal. As support,

16   Plaintiff cites to his limited access to the prison law library, the need for additional time to

17   conduct his research, and the need to request a certificate of appealability from this

18   Court. Federal Rule of Appellate Procedure 4(a)(5)(A) vests a district court with authority

19   to extend the time to file a notice of appeal for good cause. The Court finds that Plaintiff

20   has demonstrated good cause to support his request. While Plaintiff does not identify the

21   specific period of extension that he seeks, the Court finds it appropriate to give Plaintiff

22   an additional thirty (30) days until July 13, 2015, to file his notice of appeal.

23          Plaintiff is not required to obtain a certificate of appealability from this Court to file

24   his notice of appeal or pursue his appellate rights.[1] For this reason, Plaintiff's motion for

25   certificate of appealability (dkt. no. 59) is denied.

26

27          [1]Plaintiff may be referring to habeas corpus proceedings where a petitioner must
28   obtain a certificate of appealability before taking an appeal. See 28 U.S.C. § 2253(c).

1    It is therefore ordered that Plaintiff's motion for extension of time (dkt. no. 58) is

2  granted. The time for Plaintiff to file his notice of appeal is extended up to and including

3  July 13, 2015.   It is further ordered that Plaintiff's motion for certificate of appealability

4  (dkt. no. 59) is denied.

5

    DATED THIS 9th day of June 2015.

6

7    _____

    MIRANDA M. DU

8    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28